**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JINETTE FRANCOIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PINE VALLEY CENTER FOR REHABILITATION AND NURSING,<br><br>Defendant. | No. 7:20-cv-1780-JCM |

**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE THAT Plaintiff Jinette Francois ("Plaintiff") will move this Court, before the Honorable Judith C. McCarthy, in the United States District Court for the Southern District of New York, located at 300 Quarropas Street, Courtroom 421, White Plains, New York 10601, on February 11, 2022 at 2:00 p.m., pursuant to the Court's October 21, 2021 order granting preliminary approval, and pursuant to Federal Rule of Civil Procedure 23, for an Order (1) granting final approval of the proposed settlement of this class and collective action; (2) reaffirming certification of the settlement class for settlement purposes; (3) approving Plaintiff's Counsel's application for attorneys' fees in the amount of 33.3% of the Settlement Amount plus costs and expenses in the amount of $10,642.41; and (4) granting Plaintiff a Service Award of $5,000.

PLEASE TAKE FURTHER NOTICE that in support of said motion, Plaintiff shall rely upon the February 3, 2022 Declaration of Orin Kurtz with exhibits, the

Declaration of Jodi Berberich with exhibits, and the accompanying Memorandum of Law.

    PLEASE TAKE FURTHER NOTICE that Plaintiff has submitted a proposed order herewith.

Dated: New York, New York
       February 3, 2022

**GARDY & NOTIS, LLP**

By: *s/Orin Kurtz*
Orin Kurtz
Tower 56
126 East 56th Street, 8th Floor
New York, New York 10022
Tel: (212) 905-0509
Fax: (212) 905-0508
okurtz@gardylaw.com

*Attorneys for Plaintiff and the Class*